# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

MED-DEN FUNDING, LLC, )
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, 　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　vs. 　　　　　　　　　　　　　　　 )　Civil Action No. 8:20-cv-00223
　　　　　　　　　　　　　　　　　　　)
B GRIGOROVICH D.D.S., INC., 　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　Defendant. 　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## AFFIDAVIT OF BRENT CORBIN

I, Brent Corbin, after first being duly sworn under oath, do hereby state and affirm as follows:

1. I am duly authorized to make this Affidavit, in my capacity as Vice President and Records Custodian for Security First Bank ("SFB"), a business entity organized and existing pursuant to the laws of the United States with its principle place of business in the state of Nebraska.

2. I have personal knowledge regarding the facts and regarding all documents referenced herein.

3. All documents referenced by attached Exhibit to this Affidavit are true, accurate, and complete copies of the original records of SFB and were prepared and maintained in the ordinary course of business.

4. On January 1, 2019, SFB entered into an agreement with Plaintiff titled, "THIRD AMENDED AND RESTATED PATIENT FINANCE PROGRAM AGREEMENT," ("the Finance Agreement").

5. The Finance Agreement was created in part to create a standard by which Plaintiff would act on behalf of SFB in the lending of money by SFB to dental providers. The dental providers

would then perform dental work on patients, and the patient or other willing party who could get approved for a loan would sign the loan and be responsible for the repayment thereof.

6. For the services it provided to SFB, Plaintiff received a payment, ("the Contractor Payment") which constituted a percentage of the funds of each loan issued by SFB and paid to the dental provider.

7. The Finance Agreement also provides guidelines for "the Reserve Fund," an account maintained by SFB, but for which all monies are supplied by Plaintiff.

8. The Reserve Fund is designated as Account Number ******9512.

9. The Finance Agreement further memorializes the rules and procedures by which money moves between Plaintiff and SFB in the instance of default by a borrower.

10. A loan is considered in default if a payment is more than one hundred and twenty days past due, if a borrower comes in default in accordance with the terms of any default specified in the loan documents, or if a loan is made as a result of borrower fraud, in SFB's reasonable determination.

11. When a borrower defaults on a loan, SFB immediately withdraws money from the Reserve Fund in an amount equal to the outstanding principle balance for each loan.

12. Thus, when any loan goes into default, it is Plaintiff's money that is withdrawn from the Reserve fund to cover the outstanding principle amount due on the loan.

13. Between June 10, 2019, and October 7, 2019, SFB issued ten separate loans to ten different borrowers, all of whom were patients of Defendant:

   a. A loan was signed by ███████ on June 10, 2019. The entire principle amount of $48,500 was paid to Defendant.

    b. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on June 19, 2019. The entire principle amount of $38,950 was paid to Defendant.

    c. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on June 23, 2019. The entire principle amount of $46,800 was paid to Defendant.

    d. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on July 8, 2019. The entire principle amount of $49,550 was paid to Defendant.

    e. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on July 24, 2019. The entire principle amount of $48,650 was paid to Defendant.

    f. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on August 19, 2019. The entire principle amount of $55,000 was paid to Defendant.

    g. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on September 4, 2019. The entire principle amount of $54,750 was paid to Defendant.

    h. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on September 18, 2019. The entire principle amount of $8,500 was paid to Defendant.

    i. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on September 25, 2019. The entire principle amount of $9,750 was paid to Defendant.

    j. A loan was signed by ▇▇▇▇▇▇▇▇▇▇ on October 7, 2019. The entire principle amount of $54,860 was paid to Defendant.

14.   Each loan was also assigned a "Note ID" by SFB. The Note ID is how SFB tracks the loan. The Note ID for each borrower listed above is as follows:

    a. ▇▇▇▇▇▇▇▇▇▇

    b. ▇▇▇▇▇▇▇▇▇▇

    c. ▇▇▇▇▇▇▇▇▇▇





d.

e.

f.

g.

h.

i.

j.

15. On December 2, 2019, $1,236,235.80 was withdrawn from the Reserve Fund for all loans that had been "charged-off" in November 2019. Charged-off loans include loans that are in default status.

    a. Included as part of the November 2019 charged-off loans was ▇▇▇ designated to ▇▇▇ The total amount charged-off for ▇▇▇ was $48,500, which was part of the total amount withdrawn from the Reserve Fund for the November 2019 charge-offs.

16. On January 2, 2020, $1,258,469.91 was withdrawn from the Reserve Fund for all loans that had been charged-off in December 2019.

    a. Included as part of the December 2019 charged-off loans were the following Note IDs:

        i. ▇▇▇ The total amount charged-off for ▇▇▇ was $46,800, which was part of the total amount withdrawn from the Reserve Fund for the December 2019 charge-offs.

  ii. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $49,550, which was part of the total amount withdrawn from the Reserve Fund for the December 2019 charge-offs.

17. On January 29, 2020, $905,516.91 was withdrawn from the Reserve Fund for all loans that had been charged-off due to suspected borrower fraud.

 a. Included as part of the December 2019 charged-off loans were the following Note IDs:

  i. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $38,857.07, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

  ii. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $48,650, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

  iii. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $55,000, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

  iv. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $54,750, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

  v. ▓▓▓▓▓▓▓▓▓▓ The total amount charged-off for ▓▓▓▓▓▓ was $8,500, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

vi. ▮▮▮▮▮▮▮▮▮▮. The total amount charged-off for ▮▮▮▮▮▮ was $9,750, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

vii. ▮▮▮▮▮▮▮▮▮▮. The total amount charged-off for ▮▮▮▮▮▮ was $54,860, which was part of the total amount withdrawn from the Reserve Fund for the suspected fraud charge-offs.

18. The total amount of money withdrawn from the Reserve Fund pertaining to the ten note IDs referenced in paragraph 14 of this affidavit was $415,217.07, all of which belonged to Plaintiff.

19. SFB incurred no financial loss as a result of the ten defaulted loans.

FURTHER AFFIANT SAYETH NAUGHT.

Date: July 27, 2020.

Signature: ▮▮▮▮▮▮▮▮▮▮

Sworn and subscribed to before me on July 27, 2020.

Name: ▮▮▮▮▮▮▮▮▮▮

GENERAL NOTARY - State of Nebraska
WILLIAM CODY EHRMAN
My Comm. Exp. January 4, 2022

Notary Public