# **<u>EXHIBIT C</u>**

# QC Kinetix
## NON-SURGICAL REGENERATION

### VISIT 1
**Plasma Therapy**
Plasma contains growth factors and healing properties that help decrease inflammation in the body. This is used to prepare the joint or soft tissue for all other treatments.

— 2 weeks Later —

### VISIT 2
**Alpha 2 Macroglobulin (A2M) Therapy**
A2M is a protease inhibitor. A protease is an enzyme that breaks down cartilage and soft tissue. A2M is designed to protect the treatment area and stop further breakdown.

— 4 weeks Later —

### VISIT 3
**Bone Marrow Aspirate Concentrate (BMAC) Therapy**
BMAC is an autologous (from your body) source of stem cell. These cells create an environment that allows the treatment area to heal naturally and more rapidly, encouraging new growth.

— 2 weeks Later —

### VISIT 4
**Platelet Rich Plasma (PRP) Therapy**
PRP decreases inflammation and acts as a cell-to-cell signaler. This is the "captain;" it tells the cells in your body where to go and how to communicate.

— 3 months Later —

### VISIT 5
**Plasma Therapy**
Plasma therapy at three months keeps inflammation low and increases the release of growth factors. The healing properties of plasma boosts the regeneration of cells in the treatment area.

*Class IV Deep Tissue Laser Therapy performed prior to each treatment

**First treatment area: $8,500**
* $4,000 for each additional area treated at the same time

DIAGNOSIS: [redacted]   TOTAL: $ 20,000

SIGNATURE: [redacted]   DATE: 7-18-2023

# QC Kinetix®
## NON-SURGICAL REGENERATION

We want to welcome you to **QC Kinetix**! Thank you for sharing your valuable time with us and giving us the privilege of learning more about your musculoskeletal medical concerns. At **QC Kinetix**, we know you have a choice when considering regenerative medicine treatment options and we are grateful for this opportunity to serve you. Our practice is founded not only on wanting to offer you the best options in regenerative medicine, but also on the desire to deliver those options with the very highest quality of personalized customer service. To that end, please know that the **QC Kinetix** team is available to you at all times, day or night, to answer any questions or address any concerns you may have. Our goal is to answer all inquiries about our services within 24 hours and all direct phone messages within one hour. We are excited about being a part of this community and look forward to working with you to improve your quality of life!

Sincerely,


The Medical Team at QC Kinetix



## Natural Products Utilized

### *Platelet Rich Plasma (PRP):*

What PRP Contains:
There are many known growth factors contained in the platelets. PRP is a concentrate of your plasma, which increases the amount of platelets per volume of plasma. By concentrating your platelets, we can increase the amount of these growth factors, which may help with healing and repair of inflamed or damaged tissue. To learn more about these growth factors and their functions, here are some articles for you to review:

**The Effects of Platelet-Rich Plasma on Cartilage: Basic Science and Clinical Application**
Lisa A. Fortier, DVM, PhD, Catherine H. Hackett, DVM, PhD, and Brian J. Cole, MD, MBA Oper Tech Sports Med 19:154-159.

**Platelet-rich plasma injections delay the need for knee arthroplasty: a retrospective study and survival analysis.**
Sanchez, et al. International Orthopedics 45, 401-410 (2021).

### *Alpha-2-Macroglobulin (A2M):*

The Uniqueness of A2M:
A2M, a protease-inhibitor, is a specialized protein molecule found in your plasma that has the unique capability of neutralizing protease enzymes. These enzymes are significantly responsible for the breakdown of joint and connective tissue in inflammatory conditions, like tendonitis and arthritis. A2M is unique in its ability to bind and inactivate these destructive enzymes and is the only product we know of currently that can actively inhibit one of the mechanisms of connective tissue breakdown. For further information, please review the following articles:

**Identification of 2-Macroglobulin as a Master Inhibitor of Cartilage-Degrading Factors That Attenuates the Progression of Post-traumatic Osteoarthritis.**
Shaowei Wang, et al. Arthritis & Rheumatology Vol. 66, No. 7, July 2014, pp 1843–1853.

**Alpha-2-Macroglobulin: Protease Inhibitor Treatment.**
Gaetano Scuderi, MD, et al. Advanced Procedures for Pain Management pp 459-467 (2018).



# OVERVIEW of the BONE MARROW ASPIRATION PROCEDURE AND POST-TREATMENT CARE

**Preparing for the Procedure**

Some patients prefer a sedative prior to the procedure. You are welcome to request a prescription, but you will need to arrange for someone to drive you home. Almost all patients do just fine without the sedative and are able to transport themselves to and from the office on treatment day.

You will be asked to sign a consent form that says you understand the risks of the test and agree to have it done. Serious problems from a bone marrow aspiration are not common, but may include:

- Bleeding from the biopsy site.
- Infection of skin or the bone at the biopsy site.
- Continued pain for more than 24 hours after the procedure
- Puncture of underlying organ (rare)

**How It Is Done**

If you have been prescribed a sedative to help you relax, take it one hour prior to the procedure. The bone marrow will be taken from the back of the pelvic bone, so you will be asked to lie comfortably face down on the table.

The skin over the harvest site will first be cleaned with a special solution (chlorhexidine). The physician will then use an ultrasound to clearly identify the best access point from which to extract the marrow.

Once the area is marked, the skin, underlying tissue and superficial layer of the bone are all thoroughly numbed with lidocaine.

The marrow aspiration needle is then introduced through the skin and carefully advanced to the extraction site. Patients often say the pressure of the extraction is the most unusual part of the procedure, but it is generally not very painful.



1 | Page

**What You May Experience**
There may be some brief moments of discomfort during the procedure, but they dissipate quickly. You may feel a sharp sting and burn when the anesthetic numbs your skin over the aspiration or biopsy site. You may feel pressure and some mild discomfort as the needle enters the bone. The marrow is aspirated in quick, short bursts. This technique has been shown to be the best way to maximize the cellular yield. During the aspiration, you may feel a brief, deep or shooting ache as the sample is taken. These last less than a second. The biopsy site may feel sore for a day or two after the procedure, but this pain is generally mild and easily treated with low-dose analgesics, like Tylenol. You may develop a bruise at the site. This is not a problem and will clear in a few days.

**After the Aspiration**
After the samples have been taken, pressure is put on the site for a few minutes, and a sterile bandage is then put on the area. You may relax comfortably while the bone marrow is concentrated.

At this point you will be prepared for the injection of the Bone Marrow Aspirate Concentrate (BMAC) into the affected area. There will be detailed instructions following the treatment regarding how to care for the sites, what activities you may and may not do, and what to expect over the next several weeks.

**After the procedure, call your doctor immediately if you have:**

- Increased tenderness, pain, redness, or swelling at the biopsy or injection site.
- A fever.
- Bleeding or drainage from the biopsy site. If you are bleeding, put pressure on the site and call our office.

**Post-treatment Instructions:**

- Do not get the dressing wet or change the dressing for the first 24 hours.
- You may remove the dressing the following day and shower. Please only wash the aspiration site with warm soap and water. Do not use alcohol or peroxide to clean the site. After cleansing, you may use a topical antibiotic ointment, like Bacitracin, on the site and then just cover it with a band-aid. Should you experience any signs or symptoms of infection, please call our office directly.
- Do not submerge the aspiration site for at least 3 days, meaning you should not take a bath, or get into a pool, pond, lake, ocean, etc.
- You should not do any heavy lifting or intense physical exercise, which would put strain on your pelvic bone for 5-7 days.
- Expect to have both injection site and aspiration site soreness for 5-7 days.



## Regenerative Medicine Post Treatment Instructions

**ANTI-INFLAMMATORY MEDICATIONS:** For the relief of post-therapeutic pain, DO NOT use any steroidal or non-steroidal anti-inflammatory drugs (NSAIDs) listed below—neither prescribed, over-the-counter, oral, or injection—for at least two days prior to regenerative medicine treatment and for two weeks following the completion of your regenerative medicine injections. REMEMBER: avoidance of all NSAIDs for as long as you can and as much as you can will enhance your results. We completely understand the need to treat your pain throughout your regimen, and have listed things below for you to do to help mitigate your pain. If you must use NSAIDs, please use as little as you can and try to hold off on any NSAIDs for at least 2 days, if not longer, prior to any of our injections. Please let your medical provider know if you are using, or will need to continue to use, NSAIDs during your treatments with us.

Anti-inflammatory drugs to avoid include:

Steroidal drugs such as cortisone, prednisone, prednisolone and non-steroidal drugs such as Advil, Alka Seltzer, Anaprox, Arthrotec, Aspirin (acetylsalicylic acid/ASA), Cataflam, Celebrex, Clinoril, Ecotrin, Excedrin, Feldene, Lodine, Motrin (ibuprofen), Naprosyn, Percodan, Mobic (meloxicam), Voltaren any Cox-2 inhibitors, or white willow bark derivatives.

For pain relief, acceptable analgesic drugs are those that are NOT anti-inflammatory. These include: Tylenol (acetaminophen), Arthritis Strength (650mg tablets; 2 tablets up to 3 times daily as needed for pain). If you have any liver disease, you may not be eligible to take Tylenol.

**DO NOT APPLY ICE**, which is anti-inflammatory, within the first 2 days after any of your injections. After that time period, you may use ice packs for 10-15 minutes at a time to the affected area as needed for pain relief.

**APPLICATION OF LOCAL HEAT** (e.g., heating pad) or diffuse, intense heat (e.g., sauna, hot tub) can be applied to the treated area during the first three days following Regenerative medicine injections—a hot shower is also no problem. After the third day, the patient may use local or diffuse heat if it provides comfort as needed.

**POST-THERAPEUTIC ACTIVITY:** After receiving Regenerative medicine injections, non-painful normal activity movement, stretching, and exercise are important for the laying down of normal collagen in the healing of musculoskeletal tissues. Therefore, use common sense in your daily, exercise, or sports activity.

DO NOT IMMOBILIZE any treated joint with a sling or restrictive bandage. Move and exercise the treated joint as much as possible throughout the post-regenerative medicine healing phase, including normal/routine daily activity movements. However, limit the degree of range of motion and strength exercising to that which is tolerated BEFORE it becomes painful. Let pain limit your movement or degree of stretching. Do not participate in aggressive exercise training or sports activities until you have received endorsement from the medical provider who is treating the injury. Contact the clinic if you need help in determining what degree of exercise is appropriate or if there is excessive limitation of movement due to pain. Additional assistance through other treatment modalities (e.g. Pilates) may be necessary. Healing of ligaments, tendons, muscles and soft tissue is a slow process, and requires time and patience. Most tissues heal within a period of 6 months. The first 4 days post regenerative medicine injections are the most important and you should avoid stressing the joint or tissue or you may cause the treatment to be undone. The next 10 days should be a gradual return to 60-75% activity levels using pain as your indication to pull back.

**POST-THERAPEUTIC REHABILITATION:** Following your regenerative medicine treatment regimen, we recommend:
- Yoga
- Pilates
- Walking
- Physical Therapy (We can refer you for Physical Therapy assessment)

These rehabilitative therapies help resolve residual compensatory myofascial restriction and core muscular weakness problems (e.g., core weakness, short leg abduction weakness, scoliosis).

**EMERGENCIES:** Following treatment and after leaving the clinic, if you experience any collapse, difficulty breathing, shortness of breath, chest discomfort, or any other kind of acute-onset medical emergency, obtain immediate transportation to an emergency room or dial 911 for emergency medical assistance. After receiving emergency treatment, call this clinic as soon as possible. For all other non-urgent issues, please call our office directly.



## Biological Effects: Class IV Deep Tissue Laser
*Performed Prior to each treatment*

1. **ACCELERATED TISSUE REPAIR AND CELL GROWTH.** Photons of light from lasers penetrate deeply into tissue and accelerate cellular reproduction and growth. The laser light increases the energy available to the cell so that the cell can take on nutrients faster and get rid of waste products. As a result of exposure to laser light, the cells of tendons, ligaments and muscles are repaired faster.

2. **FASTER WOUND HEALING.** Laser light stimulates fibroblast development (fibroblasts are the building blocks of collagen, which is predominant in wound healing) in damaged tissue. Collagen is the essential protein required to replace old tissue or to repair tissue injuries. As a result, LT is effective on open wounds, scars, and burns.

3. **REDUCED FIBROUS TISSUE FORMATION.** LT reduces the formation of scar tissue following tissue damage from cuts, scratches, burns or surgery. Scar tissue is the primary source of chronic pain.

4. **ANTI-INFLAMMATION.** Laser light has an anti-edemic effect as it causes vasodilation, but also because it activates the lymphatic drainage system (drains swollen areas). As a result, there is a reduction in swelling caused by bruising or inflammation.

5. **ANTI-PAIN (ANALGESIC).** Laser therapy has a high beneficial effect on nerve cells which block pain transmitted by these cells to the brain and which decreases nerve sensitivity. Also, due to less inflammation, there is less edema and less pain. Another pain blocking mechanism involves the production of high levels of pain killing chemicals such as endorphins and enkephalins from the brain and adrenal gland.

6. **IMPROVED VASCULAR ACTIVITY.** Laser light will significantly increase the formation of new capillaries in damaged tissue that speeds up the healing process, closes wounds quickly and reduces scar tissue. Additional benefits include acceleration of angiogenesis, which causes temporary vasodilatation, an increase in the diameter of blood vessels. More blood flow equals faster healing and less pain.

7. **INCREASED METABOLIC ACTIVITY.** Laser therapy creates higher outputs of specific enzymes, greater oxygen and food particle loads for blood cells. The damaged cells can repair and regenerate faster.

8. **IMPROVED NERVE FUNCTION.** Slow recovery of nerve functions in damaged tissue can result in numbness and impaired limbs. Laser light will speed up the process of nerve cell reconnection and increase the amplitude of action potentials to optimize muscle action. Reduce nerve pain.

9. **IMMUNOREGULATION.** Photons are absorbed by chromophores (molecule enzymes) that react to laser light. The enzyme is activated and starts the production of ATP, which is the major carrier of cell energy and the energy source for all chemical healing reactions in the cells. Long lasting pain relief occurs

10. **TRIGGER POINTS AND ACUPUNCTURE POINTS.** Laser therapy stimulates muscle trigger points (knots) and acupuncture points on a non-invasive basis providing musculoskeletal pain relief.