# **EXHIBIT D**

**Patient Name: Dawn Robertson**          **Date:** 07/18/2023 22:26 UTC



# Consent to Medical Procedure for Platelet-Rich Plasma (PRP) and Alpha-2-Macroglobulin (A2M)

I (or my authorized representative, e.g., parent, guardian) consent to the elective medical procedures outlined below to be performed by Christina Skaar and his/her staff, associates, or assistants to whom the physician(s)/nurse practitioner/physician assistant performing the procedure may assign designated responsibilities.

The proposed elective medical procedure is Platelet Rich Plasma (PRP) and/or Alpha-2-Macroglobulin (A2M) injection(s) for the treatment of  . The procedure has been explained to me in terms that I understand. The explanation included:

- The nature and extent of the procedure to be performed.

- Common side effects or adverse reactions from the procedure, including localized pain, scarring, bleeding and infection.

- Vasovagal syncope (fainting or passing out) can happen with venipuncture (blood draw) or therapeutic injection.

- With any venipuncture or therapeutic injection the development of Complex Regional Pain Syndrome (CRPS) can occur.

- Side effects or adverse reaction that are uncommon but that could have serious consequences, including inflammatory reaction, disease susceptibility, unwanted biological effect, toxicity, tumor formation (benign or malignant), unintended physiological and anatomical consequences (e.g. arrhythmia), and engraftment at an unwanted location.

- If you are taking the medication aspirin and have a history of cerebrovascular accident (CVA/stroke), transient ischemic attack (TIA/mini stroke) or myocardial infarction (MI, heart attack) do NOT stop taking aspirin during your treatment at QC Kinetix unless the healthcare provider prescribing your aspirin discontinues it.

- That there may be unknown risks related to the use of PRP and A2M and that severe and unexpected complications may arise in the future.

- The possible benefits of the procedure, and the fact that the procedure may not provide any benefit.

- The estimated period of incapacity or convalescence, if any.

- The risks and benefits of any reasonable alternatives to this procedure, **including having no treatment at all.**

I was given the opportunity to ask any questions I have regarding the procedure and I have had those questions answered to my satisfaction. I understand that I may consult or could have consulted with another physician about this procedure. I understand that I have the right to refuse any medical/surgical treatment recommended at any time prior to its performance.

I authorize my medical provider to perform such additional procedures which in his/her judgment are incidentally necessary or appropriate to carry out my treatment. If any unforeseen condition arises during this procedure, which requires transportation to a hospital, additional procedures, operation or medication including anesthesia and blood transfusions, I further request and authorize my physician, physician assistant or nurse practitioner to do whatever he/she deems advisable on my behalf.

I understand that PRP and A2M have not been authorized by FDA for the treatment of my condition, but that they are being administered by my medical provider as part of the practice of medicine because s/he believes they may provide some benefit for the condition listed above

I am aware that the practice of medicine and surgery is not an exact science, and I acknowledge that **no guarantees** have been made to me concerning the results of this procedure. I understand that this treatment is not reimbursed by insurance and that I am solely responsible for payment. I also acknowledge with my initials here that once treatment has been completed, there are **NO REFUNDS** given: *DR*

I authorize that a physician/nurse practitioner/physician assistant in training may participate in my care.

I acknowledge that I have read (or had read to me) and fully understand the above information. Furthermore, I certify that all my questions and concerns regarding the procedure, its attendant risks, benefits and alternatives, and our refund policy have been explained to my satisfaction. I hereby authorize my medical provider to perform the above-discussed procedure.

    I hereby sign this consent on 07/18/2023 22:26 UTC

_____                    _____
Signature of Patient or Authorized Representative                    Date of Birth

I verify that I have explained the information contained in this document to the patient or person giving consent. It is my opinion that the person granting consent has fully understood all subjects discussed.

███████████████ sician/Nurse Practitioner/Physician Assistant

**Patient Name: Dawn Robertson**          **Date:** 07/18/2023 22:26 UTC



## Consent to Medical Procedure And Treatment
## For Hair Restoration:
## Platelet-Rich Plasma (PRP) And Topical Therapy

I (or my authorized representative, e.g., parent, guardian) consent to the elective medical procedures outlined below to be performed by Christina Skaar and his/her staff, associates, or assistants to whom the physician(s)/nurse practitioner/physician assistant performing the procedure may assign designated responsibilities.

The proposed elective medical procedure is Platelet Rich Plasma (PRP) injection(s) and the topical medical therapy shall include minoxidil, finasteride, and tretinoin for the treatment of HAIR RESTORATION. The procedure and therapy have been explained to me in terms that I understand. The explanation included:

- The nature and extent of the procedure to be performed.
- Common side effects or adverse reactions from the procedure, including localized pain, scarring, bleeding and infection with PRP. Common side effects from topical medical therapy including skin irritation, localized skin reaction, and photosensitivity.
- Side effects or adverse reaction that are uncommon but that could have serious consequences, including inflammatory reaction, disease susceptibility, unwanted biological effect, toxicity, tumor formation (benign or malignant), unintended physiological and anatomical consequences (e.g. arrhythmia), and engraftment at an unwanted location.
- Vasovagal syncope (fainting or passing out) can happen with venipuncture (blood draw) or therapeutic injection.
- With any venipuncture or therapeutic injection the development of Complex Regional Pain Syndrome (CRPS) can occur.
- That there may be unknown risks related to the use of PRP and that severe and unexpected complications may arise in the future.
- The possible benefits of the procedure and therapy, and the fact that the procedure and therapy may not provide any benefit.
- The estimated period of incapacity or convalescence, if any.
- The risks and benefits of any reasonable alternatives to this procedure, **including having no treatment at all.**

I was given the opportunity to ask any questions I have regarding the procedure and I have had those questions answered to my satisfaction. I understand that I may consult or could have

consulted with another physician about this procedure. I understand that I have the right to refuse any medical/surgical treatment recommended at any time prior to its performance.

If you are taking the medication aspirin and have a history of cerebrovascular accident (CVA/stroke), transient ischemic attack (TIA/mini stroke) or myocardial infarction (MI, heart attack) do NOT stop taking aspirin during your treatment at QC Kinetix unless the healthcare provider prescribing your aspirin discontinues it.

I authorize my medical provider to perform such additional procedures which in his/her judgment are incidentally necessary or appropriate to carry out my treatment. If any unforeseen condition arises during this procedure, which requires transportation to a hospital, additional procedures, operation or medication including anesthesia and blood transfusions, I further request and authorize my physician, physician assistant or nurse practitioner to do whatever he/she deems advisable on my behalf.

I understand that PRP injections have not been authorized by FDA for the treatment of my condition, but that they are being administered by my medical provider as part of the practice of medicine because s/he believes they may provide some benefit for the condition listed above.

I understand that topical medical therapies carry *a risk of causing birth defects* to an unborn fetus. I am not aware that I am pregnant and I am not currently trying to get pregnant. I am not lactating/nursing. I acknowledge with my initials here (if relevant) that I understand the risks associated with becoming pregnant while on the medications that have been prescribed to me.

: *DR*               (initials)

I consent to the photographing of the procedures to be performed for medical, scientific, or educational purposes, provided my identity is not revealed by the pictures. I also authorize the use of my photo, film, or video, on QC Kinetix's website and/or social media pages provided my identity is not revealed in any way.

*DR*               (initials)

I am aware that the practice of medicine and surgery is not an exact science, and I acknowledge that **no guarantees** have been made to me concerning the results of this procedure. I understand that this treatment is not reimbursed by insurance and that I am solely responsible for payment. I also acknowledge with my initials here that once treatment has been completed, there are **NO REFUNDS** given: *DR*               (initials)

I authorize that a physician/nurse practitioner/physician assistant in training may participate in my care. I also acknowledge that I have read (or had read to me) and fully understand the above information. Furthermore, I certify that all my questions and concerns regarding the procedure, its attendant risks, benefits and alternatives, and our refund policy have been explained to my satisfaction. I hereby authorize my medical provider to perform the above-discussed procedure.

   I hereby sign this consent on 07/18/2023 22:26 UTC

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  _____
Signature of Patient or Authorized Representative        Date of Birth

I verify that I have explained the information contained in this document to the patient or person giving consent. It is my opinion that the person granting consent has fully understood all subjects discussed.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        Physician/Nurse Practitioner/Physician Assistant



## *Prolotherapy Informed Consent Form*

I (or my authorized representative, e.g., parent, guardian) consent to the elective medical procedures outlined below to be performed by  Christina Skaar   and his/her staff, associates, or assistants to whom the physician(s)/nurse practitioner/physician assistant performing the procedure may assign designated responsibilities.

The proposed elective medical procedure is Prolotherapy injection(s) for the treatment of .

I have been advised and consulted about the injection technique of Prolotherapy. I have carefully read the "Prolotherapy" handout, and have discussed any questions or concerns with my doctor. The procedure has been explained to me in terms that I understand.

I have been advised that Prolotherapy is an established technique used to strengthen weakened and damaged ligaments which are believed to cause pain and instability of a joint. It is also used to decrease pain and improve the function of joints with arthritis. Prolotherapy technique requires the injection of local anesthetic (Lidocaine or Procaine) and concentrated Dextrose (sugar water). The site of the injection is typically where the ligament or tendon attaches to the bone, at the joint capsule, a trigger point and/or inside the joint. The procedure may initially cause pain, bruising, minor bleeding, and swelling in the area of injections for one to seven days. This procedure may decrease my pain complaints, but may not completely alleviate them.

I understand the potential **BENEFITS** of the procedure are to improve pain and improve function of musculoskeletal tissues. The procedures may initially increase pain in the area or worsen symptoms for one to seven days and then decrease pain and symptoms, but may not completely alleviate them.

If you are taking the medication aspirin and have a history of cerebrovascular accident (CVA/stroke), transient ischemic attack (TIA/mini stroke) or myocardial infarction (MI, heart attack) do NOT stop taking aspirin during your treatment at QC Kinetix unless the healthcare provider prescribing your aspirin discontinues it.

I have been informed that the **ALTERNATIVES** to Prolotherapy include:

- Do Nothing          • Steroid Injections     • Surgical Intervention
- Manipulation/Physical Therapy    • Acupuncture and Massage

I have been informed that the **RISKS and COMPLICATIONS** of Prolotherapy may include:

Vasovagal syncope (fainting or passing out) can happen with venipuncture (blood draw) or therapeutic injection

With any venipuncture or therapeutic injection the development of Complex Regional Pain Syndrome (CRPS) can occur.

- Immediate pain at the Injection Site • Bruising • Allergic reaction to the solution
- Itching at the injection site(s)   • Stiffness in the injected joint
- Swelling after joint injections   • Injury to the nerve and/or muscle
- Temporary or permanent nerve paralysis   • Lung puncture or collapsed lung
- Bleeding   • Spinal cord injury from back injections • Headache from back injections • Infection from the injection • Nausea/Vomiting • Death due to complications of the treatment   • Temporary blood sugar increase • Treatment may be ineffective

I have been informed that the risks of **NO** Prolotherapy include:

- No pain relief
- Continued pain, instability, and degeneration of the damaged joint, tendon, muscle or ligaments being treated
- Worsening of painful condition or symptoms

**SMOKING**: I have been informed that tobacco and other nicotine sources may significantly impede the effectiveness of Prolotherapy. Subsequently, if I use nicotine and I choose to pursue a series of Prolotherapy sessions, I understand that I run the risk of experiencing either delayed healing, incomplete healing, or no healing at all *DR*   **(initials)**

I was given the opportunity to ask any questions I have regarding the procedure and I have had those questions answered to my satisfaction. I understand that I may consult or could have consulted with another physician about this procedure. I understand that I have the right to refuse any medical/surgical treatment recommended at any time prior to its performance.

I authorize my medical provider to perform such additional procedures which in his/her judgment are incidentally necessary or appropriate to carry out my treatment. If any unforeseen condition arises during this procedure, which requires transportation to a hospital, additional procedures, operation or medication including anesthesia and blood transfusions, I further request and authorize my physician, physician assistant or nurse practitioner to do whatever he/she deems advisable on my behalf.

I understand that Prolotherapy has not been authorized by FDA for the treatment of my condition, but that it is being administered by my medical provider as part of the practice of medicine because s/he believes it may provide some benefit for my condition.

I am aware that the practice of medicine and surgery is not an exact science, and I acknowledge that **no guarantees** have been made to me concerning the results of this procedure. I understand that this treatment is not reimbursed by insurance and that I am solely responsible for payment. I also acknowledge with my initials here that once treatment has been completed, there are **NO REFUNDS** given:
*DR* **(initials)**

I acknowledge that I have read (or had read to me) and fully understand the above information. Furthermore, I certify that all my questions and concerns regarding the procedure, its attendant risks, benefits and alternatives, and our refund policy have been explained to my satisfaction. I hereby authorize my medical provider to perform the above-discussed procedure.



Signature of Patient/Guardian

Date: 07/18/2023 22:26 UTC

Signature of Medical Provider

Date: 07/18/2023 22:40 UTC



# INFORMED CONSENT FORM

Non-Ablative Class IV Laser Treatment

    I understand that erythema is a common immediate reaction from the non-ablative Class IV laser treatment process. This typically resolves within 2 hours, but can last longer. There is a possibility of rare side effects, such as a blister or swelling, that may occur. You may also feel a gentle warming sensation of the skin during treatment. This is a temporary condition and I understand that each person's discomfort level may vary. You will be given protective eyewear for use during your laser procedure. If you remove the eyewear during the procedure there is a risk of eye damage and or blindness. *DR* (Patient initial) *CS* (Dr/Tech initial).

    I understand that treatments are required prior to each regenerative medicine injection. I understand that it is important to follow the recommended maintenance schedule for future treatments to keep the best possible results. (Patient initial) (Dr/Tech initial).

    Patients with opened wounds, malignant skin tumors and certain diseases, tattoos over the area to be treated, or those patients currently taking Accutane **cannot** be treated. *DR* (Patient initial) *CS* (Dr/Tech initial).

    QC Kinetix, or an employee of QC Kinetix, has explained the nature and purpose of the non-ablative Class IV laser treatment, including risks and possible complications, and has discussed the contents of this form with me. I have read and understand this consent form and I agree to its terms and authorize treatment. I further understand that QC Kinetix *cannot guarantee* the results and I will not hold QC Kinetix or their employees responsible for my individual results of the Class IV laser treatment that I am undergoing. . *DR* (Patient initial) *CS* (Dr/Tech initial).

Print Patient Name: **Dawn Robertson**

Patient Signature: ███████████████  Date: 07/18/2023 22:26 UTC



# AUTHORIZATION FOR PROCEDURE

## Bone Marrow Procedure

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after understanding the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold you consent to this procedure.

I voluntarily request Christina Skaar as my physician(s), and such associated technical assistants and other health care providers as he/she may deem necessary, to treat my condition, which has been explained to my satisfaction in layman's terms.

<u>Explanation of Procedure</u>: I understand that the following surgical, medical and or diagnostic procedure(s) are planned for me, and I voluntarily consent and authorize these procedures(s): (1) Bone marrow aspiration; (2) Injection of concentrated bone marrow aspirate (collectively "Bone Marrow Procedure"). Bone marrow aspiration involves placing a needle into the bone marrow cavity and drawing out bone marrow (a blood-like fluid). The bone marrow aspirate will be concentrated and, in a separate procedure, will be injected into a different area of the body.

I understand that my physician may discover other, different conditions which may require additional or different procedures than those planned. I authorize my physician and his/her designated technical assistants and health care providers to perform such other procedures, which are advisable in their professional judgment.

<u>No Guarantee</u>: I understand that no warranty or guarantee has been made to me as to the result of this procedure or anticipated care.

<u>Possible Side Effects:</u>

I understand that I may experience side effects from the Bone Marrow Procedure planned for me.

*Possible side effects from the bone marrow aspiration*

The most common side effects from the procedure are: Local pain, bruising, bleeding

Rarely, patients may experience: Increased pain, Drug reaction (to anesthetic), Numbness due to nerve injury, Injury to the bone, muscle, or other structures such as fascia or skin, Paralysis

I realize that common to surgical, medical and/or diagnostic procedures is the potential for infection, blood clots in veins and lung, hemorrhage, allergic reaction, or even death.

If you are taking the medication aspirin and have a history of cerebrovascular accident (CVA/stroke), transient ischemic attack (TIA/mini stroke) or myocardial infarction (MI, heart attack) do NOT stop taking aspirin during your treatment at QC Kinetix unless the healthcare provider prescribing your aspirin discontinues it.

1

*Possible side effects from the injection of concentrated bone marrow aspirate*

The most common side effects from the procedure are: Localized pain, bruising, bleeding or swelling. Vasovagal syncope (fainting or passing out) can happen with venipuncture (blood draw) or therapeutic injection. With any venipuncture or therapeutic injection the development of Complex Regional Pain Syndrome (CRPS) can occur.

Rarely, patients may experience: Increased or worsening pain, Localized numbness

**If you experience acute chest pain or shortness of breath, contact 911 or go to the nearest hospital immediately as this is a medical emergency.**

**You should report any symptoms of concern to the health care provider at the QC Kinetix office where you were treated. The contact number for your treating office is: 217-679-3399**

**Possible Side Effects of Anesthesia:** I understand that I can elect to have anesthesia during the bone marrow aspiration and that it involves additional risks and hazards. Anesthesia means that I will be given a numbing injection. I realize the anesthesia may have to be changed, possibly without explanation to me, depending on my pain tolerance, body weight, and sensitivity to medications. I understand that certain complications may result from the use of any anesthetic. A local anesthetic will be used to numb tissues. Possible side effects could include nerve or blood vessel injury from the numbing injection, allergic reaction to the anesthetic, bruising, swelling, deformity or seizures.

**Acknowledgement That Treatment is Not Curative and Not Part of Mainstream Medical Care:** Your doctor has recommended this Bone Marrow Procedure because s/he believes that it may help address some of the symptoms of your musculoskeletal condition listed above. The Bone Marrow Procedure will not cure your condition. The Bone Marrow Procedure is not a conventional medical approach to treating your condition. There are no large research studies demonstrating its effectiveness, but there are supportive data from multiple smaller studies. This treatment has not been approved by FDA. Your physician believes it may be provided as part of the practice of medicine.

**Treatment Complications:** Just like any other medical procedure, the treatment of complications from the Bone Marrow Procedure will be your responsibility. This may mean that if you have a serious complication or side effect and have health insurance, you could incur additional co-pays, deductibles, and co-insurances. If you have no insurance, the treatment of complications could mean incurring significant out of pocket expenses. The anticoagulant heparin is used for the bone marrow aspiration procedure. Heparin may cause immune or allergic reactions that may result in both increased bleeding and increased blood clotting. By signing this consent, you attest that you do not have a known medical history of heparin associated thrombocytopenia, heparin induced thrombocytopenia or an allergy to heparin.

**Insurance Coverage for this Procedure:** By signing this form, you understand that there is no insurance coverage for the Bone Marrow Procedure. This means that all costs for the Bone Marrow Procedure that you have been quoted by our office will not be reimbursed at a later date by a health insurer.

By signing below, I acknowledge that I have been given an opportunity to ask questions about my condition, alternative forms of treatment, risks of non-treatment, the Bone Marrow Procedure and any associated procedures or treatments, and the risks, hazards and potential benefits involved. I have sufficient information to give this informed consent. My physician has answered my questions to my satisfaction.

**I attest that I have explained the risks, benefits and alternatives of the Bone Marrow Procedure to this patient/representative.**

Patient Name: _Dawn Robertson_

Patient Signature: ████████████████████████  Date: 07/18/2023 22:26 UTC