# **EXHIBIT E**



**Security First Bank**
1300 Garret Lane
Lincoln, NE 68512-9330
(844) 565-7148

Your **PROCEEDFINANCE** loan servicer

| Loan Number | Transaction Date (e) | Principal Amount | Maturity Date (e) | Interest Rate |
|---|---|---|---|---|
| | July 21, 2023 | $20,000.00 | July 20, 2029 | 12.99% |

**Borrower Information**
DAWN ROBERTS

**Loan Purpose**
Medical / Dental

**Patient Information**
DAWN ROBERTS

**LOAN AGREEMENT.** This Consumer Loan Agreement will be referred to in this document as the "Agreement" or "Note" and includes any extensions, renewals, modifications, and substitutions of this Agreement.

**LENDER.** "Lender," "you" or "your" means Security First Bank whose address is Security First Bank, 1300 Garret Lane, Lincoln, NE 68512-9330, its successors and assigns.

**BORROWER.** "Borrower," "I," "my" or "me" means each person who signs this Note.

**PROMISE TO PAY.** I promise to pay, according with the terms below, on or before the Maturity Date, the principal amount of $20,000.00 and all interest on the outstanding principal balance calculated at the interest rate until it is paid in full. I shall pay such amounts to the order of Lender at its office at the address noted above or at such other place as Lender may designate in writing. I will make all payments in lawful money of the United States of America. I understand that the Lender may, at its option, transfer or assign this Note.

## TRUTH IN LENDING DISCLOSURE

| Annual Percentage Rate (e) | Finance Charge (e) | Amount Financed (e) | Total of Payments (e) |
|---|---|---|---|
| The cost of my credit at a yearly rate is **12.99%** | The dollar amount the credit will cost me is **$8,906.17** | The amount of credit provided to me or on my behalf is **$20,000.00** | The amount I will have paid after I have made all payments as scheduled is **$28,906.17** |

**PAYMENT SCHEDULE (e).** This loan will be paid according to the following schedule: 72 consecutive payments of principal and interest in the amount of **$401.50** beginning on August 20, 2023 and continuing on the same day of each month thereafter. The unpaid principal balance of this Note, together with all accrued interest and charges owing in connection therewith, shall be due and payable on the Maturity Date.

**LATE PAYMENT CHARGE.** If any required payment is more than 15 days late, then at Lender's option, Lender will assess a late payment charge of the lesser of 5.00% of the amount past due or $10.

**PREPAYMENT.** If I pay off early, I will not have to pay a penalty.

**ADDITIONAL CONTRACT TERMS.** See below for further information about the use of estimates, nonpayment, default, the right to accelerate the maturity of the obligation, and prepayment rebates and penalties.

Please Sign and Return          Rev. 20210830 – Page 1 of 5

## CONSUMER LOAN AGREEMENT - CLOSED-END

**ITEMIZATION OF AMOUNT FINANCED.** The Itemization of Amount Financed is presented below as requested by me.

| DESCRIPTION | | DOLLAR AMOUNT |
|---|---|---|
| Amounts Paid to Others on Borrower's Behalf (itemized below) | | $20,000.00 |
| QC KINETIX - CHAMPAIGN | $20,000.00 | |
| Prepaid Finance Charges (e) | | $0.00 |
| Total Amount Financed (e) | | $20,000.00 |

**USE OF ESTIMATES.** Certain items in this Agreement are estimates only and are noted with an "(e)". All estimates are based on information provided by the Borrower or reasonably available to the Lender as of the date this Agreement is signed by the Borrower. The Lender uses estimates because certain items cannot be calculated fully until the Borrower executes a valid Agreement resulting in loan consummation.

**INTEREST RATE AND SCHEDULED PAYMENT CHANGES. (e)** Interest will begin to accrue on the date of this Note. The interest rate on this Note will be Fixed at 12.99% per annum.

Nothing contained herein shall be construed as to require the Borrower to pay interest at a greater rate than the maximum allowed by law. Interest on this Note is calculated on a 365 day basis.

**LATE PAYMENT CHARGE.** If any required payment is more than 15 days late, then at Lender's option, Lender will assess a late payment charge of the lesser of 5.00% of the amount past due or $10.

**PREPAYMENT PENALTY.** This Note may be prepaid, in full or in part, at any time, without penalty.

**APPLICATION OF PAYMENTS.** You may apply my payments to amounts owing in whatever order you choose unless a specific order is required by law.

**CANCELLATION.** If I choose to cancel the underlying service for which I obtained this loan, in whole or in part, I must contact my provider office to cancel the service ("Notice of Cancellation"). Upon Notice of Cancellation, all or a portion of the loan amount that was paid to my provider will be refunded to Lender, which will apply that amount to the principal balance of this loan. To the extent a principal balance remains outstanding on the Note, due to service rendered prior to Notice of Cancellation or other reasons, the new outstanding loan balance may be re-amortized and my repayment amount adjusted accordingly. In the event of cancellation, Lender will retain any prior payments made on the loan and I will be responsible for any remaining loan balance, unless the total amount of my prior payments exceeds the total amount I owed upon Notice of Cancellation. In that case, Lender will refund any excess amount.

**SETOFF.** To the extent permitted by law, I give you the right to setoff any of my money or property which may be in your possession against any amount owing under this Note. This right of setoff does not extend to any IRA, Keogh accounts or similar tax deferred deposit accounts that I may have with you. You will not be liable for the dishonor of any check when the dishonor occurs because you setoff a debt against my account. I agree to hold you harmless from any claim arising as a result of you exercising your right to setoff.

**OTHER PROMISES.** Reference is made to any related mortgage, trust deed, assignment, security agreement, pledge, or similar document for other promises which I make to you and terms and conditions governing my loan.

**DEFAULT.** I will be in default and you may, to the extent permitted by law, declare the entire unpaid balance of this loan immediately due and payable if:

(a) I do not keep any promise or perform any obligation under this Note or any other Agreement that I may have with you;
(b) I give you false or misleading information in order to obtain, or while I owe on, this loan;
(c) I should die or become involved in any bankruptcy, receivership, insolvency, or custodial proceedings brought by or against me;
(d) I should have a judgment or tax lien filed against me or any attachment or garnishment should be issued against any of my property or rights, specifically including anyone starting an action or proceeding to seize any funds that I may have on deposit with you; or
(e) you, in good faith, reasonably believe my ability to repay the indebtedness owed under this loan is diminished.

**REMEDIES.** If I am in default under this Agreement, you may, to the extent permitted by law, without any prior notice or demand, unless required by law, do any one or more of the following:

(a) Require payment of the entire unpaid balance of this loan; or
(b) Use any and all remedies available to you under the law, or in any instrument securing this Agreement.

**ASSIGNABILITY.** You may assign, pledge or transfer this Agreement or any of its rights and remedies without notice, with all or any of the obligations. The assignee shall have the same rights and remedies as if named herein in place of you. I may not assign this Agreement or any benefit accruing hereunder without your express written consent.

**GENERAL WAIVERS.** To the extent permitted by law, I severally waive any required notice of presentment, demand, acceleration, intent to accelerate, protest and any other notice and defense due to extensions of time or other indulgence by Lender. No failure or delay on the part of Lender, and no course of dealing between Borrower and Lender, shall operate as a waiver of such power or right, nor shall any single or partial exercise of any power or right preclude other or further exercise thereof or the exercise of any other power or right.

**JOINT AND SEVERAL LIABILITY.** If permitted by law, each Borrower executing this Note is jointly and individually obligated to pay all amounts owed according to the terms and conditions of the Agreement.

**SEVERABILITY.** If a court of competent jurisdiction determines any term or provision of this Agreement is invalid or prohibited by applicable law, that term or provision will be ineffective to the extent required. Any term or provision that has been determined to be invalid or prohibited will be severed from the rest of this Agreement without invalidating the remainder of either the affected provision or this Agreement.

**HEADINGS.** The headings preceding text in this Note are for my general convenience in identifying subject matter, but have no limiting impact on the text which follows any particular heading.

**ATTORNEYS' FEES AND OTHER COSTS.** I agree to pay all of Lender's costs and expenses incurred in connection with the enforcement of this Note including, without limitation, reasonable attorneys' fees, to the extent permitted by law.

**GOVERNING LAW.** I understand and agree that this Note will be governed by the laws of the State of Nebraska except to the extent that federal law controls.

**STATE-SPECIFIC DISCLOSURES**

**CALIFORNIA RESIDENTS ONLY:** A married applicant may apply for a separate account. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**FOR IOWA RESIDENTS ONLY:** (when principal amount exceeds $20,000): IMPORTANT: READ BEFORE SIGNING. The terms of this agreement should be read carefully because only those terms in writing are enforceable. No other terms or oral promises not contained in this written contract may be legally enforced. You may change the terms of this agreement only by another written agreement.

**FOR MARYLAND RESIDENTS ONLY:** Lender elects to make this Note pursuant to the provisions of Subtitle 10 of Title 12 of the Maryland Commercial Law Article ("Subtitle 10") (Credit Grantor Closed End Credit provisions) only to the extent such provisions are not inconsistent with Lender's authority under federal law, including 12 U.S.C. § 1831d, and related regulations and interpretations, which authority Lender expressly reserves.

**MASSACHUSETTS RESIDENTS ONLY:** Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**FOR MISSOURI RESIDENTS ONLY:** Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you from misunderstanding or disappointment, any agreements you and Lender reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between you and Lender, except as you and Lender may later agree in writing to modify it.

**NEW JERSEY RESIDENTS:** The section headings of the Note are a table of contents and not contract terms. Portions of this Note with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Note, actions or practices (i) by which Lender is or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may be or will be taken by Lender unless prohibited by "applicable law" are permitted by New Jersey law.

**NEW YORK RESIDENTS:** As required by law, you are hereby notified that Lender may obtain a consumer credit report in connection with this application and in connection with any update, renewal, or extension of any credit as a result of this application. If you ask, you will be informed whether or not such a report was obtained, and if so, the name and address of the agency that furnished the report.

**UTAH RESIDENTS ONLY:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN RESIDENTS ONLY:** NOTICE TO CUSTOMER: (1) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES; (2) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN; (3) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**MILITARY LENDING ACT DISCLOSURE:** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

If you have any questions regarding this disclosure or need it presented verbally, please contact us at (844) 565-7148.

**By signing this Note on the date shown below, I acknowledge reading, understanding, and agreeing to all its provisions, and receiving a completely filled in copy of this Note.**

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

<u>**NOTICE TO CONSUMERS:**</u>

(1) Do not sign this if it contains any blank spaces;
(2) You are entitled to an exact copy of any agreement you sign;
(3) You have the right at any time to pay in advance the unpaid balance due under this agreement and you may be entitled to a partial refund of the finance charge.

| | |
|---|---|
| DAWN ROBERTS | Date (month / day / year) |
| Security First Bank | 07/20/2023 |
| Lender | Date |

Please Sign and Return    Rev. 20210830 – Page 5 of 5

# ACH PAYMENT AUTHORIZATION

**Security First Bank**

Your **PROCEEDFINANCE** loan servicer

**Account Holder Information**

Borrower Name: **DAWN ROBERTS**
Loan Number: ███████████

**Authorized Payment Amount (select one):**

☐ Scheduled Monthly Payment Amount Only

☐ Other Amount $_____ (must be higher than the Scheduled Monthly Payment Amount)

**Receiving Depository Financial Institution ("RDFI") (Account to be Debited):**

Name of Financial Institution: _____

Bank Account Holder's Name if Different from Borrower: _____

☐ Checking  ☐ Savings
(Account Type)

_____  _____
Routing Number     Bank Account Number

**DEFINITIONS.** The terms "you" and "your" refer to the Account Holder(s). The "Debit Originator" is Security First Bank and/or its affiliates and subsidiaries, and their agents, successors, and/or assigns. The "RDFI" is the financial institution that will post the debit entry to your account.

**RDFI RESPONSIBILITY.** The RDFI is responsible only for performing the services expressly provided for in this Authorization. The terms, conditions, and limitations of liability that govern this Authorization are stated in the Electronic Fund Transfer Disclosure and Account Agreement account holder received at account opening.

**AUTHORIZATION.** You acknowledge this ACH Payment Authorization form must be submitted to the Debt Originator five (5) business days prior to your next payment due date. You authorize the Debit Originator to initiate debit entries to your account at the RDFI, and to debit the same to such account.

You understand this auto debit will be made each month that your loan is in a status that requires payments, even if your loan is past due or if you have previously paid more than the minimum amount due (known as being paid ahead).

You acknowledge that your auto debit amount may change to ensure your loan is repaid in accordance with the terms of your promissory note. You understand that if the minimum payment amount changes, the authorized debit amount will also change to the new required payment amount unless you have selected a payment amount that is higher than the new minimum payment required. The new payment amount will be provided on your billing statement.

You agree that any payments not honored are your responsibility, the Debit Originator will not incur any liability or expense as a result. You understand that sufficient funds for the payment must be in your account at the RDFI. If sufficient funds are not in your bank account, you may be charged a returned funds fee. You understand that your automatic debit may be reattempted through your bank a maximum of two times. Two consecutive occurrences of returned funds may result in additional fees and/or the cancellation of your auto debit agreement.

**REVOCATION.** This Authorization will remain in full force and effect until the Debit Originator has received verbal or written notification from you of its termination. You must provide notification to the Debit Originator and said notification must be received at least 3 business days prior to the scheduled payment. To revoke a preauthorized debit:

OR
    Call: (844) 565-7148

    Write to: 1300 Garret Lane, Lincoln, NE 68512-9330

These terms and conditions are subject to change without notice. Account holder acknowledges that the origination of ACH transactions to the account must comply with the provisions of U.S. law.

_____   _____
(Signature)                (Date)

Please retain a copy of your completed form for your records      1 of 1