# EXHIBIT F



# Helping Patients And Providers Reach A Brighter Future.

LEARN MORE ➔

## Patient Financing Is Our Specialty

We are the patient financing experts. We bridge the gap between the services providers offer their patients and the affordability of those services. The Proceed Finance model is simple – fully-funded, fast delivery financing for providers and easy to understand terms and the lowest rates for patients. Our passion is changing lives, one smile at a time. And we're in it for the long haul.

## How Do We Do It?



positive disruptive presence in the personal medical lending
market, basing our success on building good relationships
with great people. By stressing the need to provide value for
all parties, Proceed Finance broadens the availability of
funding and options for patients and providers, showing
them that "Now You Can."

## Our Backing

The mission of NexGen, a private investment firm, is to
develop the next generation of ideas, opportunities, and
leaders through winning partnerships and impactful
investments that benefit communities. Recognizing the
opportunity in Proceed Finance, NexGen provided initial
financial backing as the majority owner and felt the
investment would allow consumers to be treated with dignity
and receive opportunities in the medical financial space not
otherwise available to them.

## Leadership

Our corporate leadership team brings outstanding finance
and banking experience together with the flexible, versatile
new world of fintech IT systems to provide a level of personal
medical financing previously unknown in the industry.

Meet Our Team ⟩

Providers      Patients      About Us

Careers      Contact Us



Boulevard
Lincoln, NE 68521

Suite 100
Greenwood Village,
CO 80111

© 2023 Proceed Finance program loans are provided by a variety of lenders. You can find more information at www.proceedfinance.com/lenders.

Privacy Policy


*P ROCEEDFINANCE*
*Now You Can*

# Get The Life-Changing Treatment You Deserve Today

Pre-qualification in minutes without affecting your credit score. Long terms and low rates create affordable payments for your full treatment plan.

Already have a Proceed Finance loan?

LOG IN �departures

## WHY CHOOSE US







Simple,

Flexible

Affordable

Patients | Proceed Finance



---

| short online form and get pre-qualified instantly, without impacting your credit score | from $2,500[1] to $75,000[2] to fulfill the treatment plan you need and deserve | repayment terms and lower interest rates that can fit any budget |

(1) CO and GA minimum is $3,000, and MA minimum is $6,000. (2) Advertised loan features based on dental product. Subject to credit approval. Rates, principal amounts, and repayment options vary by product and consumer eligibility. Please ask your provider about plan availability. To view terms by product, click here.

# OUR PROMISE TO YOU

  

| More Approvals | Fair & Transparent | Best In Class Service |
| --- | --- | --- |
| Our offers span the credit spectrum | There are no hidden fees, and your loan has a | We provide you 1-on-1 legendary |

2/6



creditworthiness.          always know               manage your
                          your monthly               loan.
                          payment.

# Get Pre-Qualified

Please enter the code you received from the Provider's office.
If you aren't sure of your code, please contact your provider
to request a code, or call us at (844) 272-7587



# Estimate Your Monthly Payment

Select your treatment type, enter your desired amount, and
the length of your loan to estimate your annual percentage
rate and monthly payments based on a sample credit score
rating.

Treatment Type

Dental

Desired Loan Amount          Length of Loan

$    10,000                 Please select a term



Now You Can

*CO and GA minimum is $3,000 and MA minimum is $6,000.

# FAQ's

I HAVE A LOAN WITH PROCEED FINANCE

I WANT TO FINANCE MY TREATMENT

**How do I cancel my loan if I decide not to move forward with treatment?**

In the unlikely event that you choose not to move forward with treatment after you have obtained a Proceed Finance loan, you must initiate a cancellation request through your provider *in writing*. Proceed Finance has already paid your provider for your planned treatment.

Proceed Finance cannot initiate a cancellation request on your behalf. Once the provider's office receives written notification, they will begin the process of refunding your loan. You will be responsible for any remaining loan balance. If you need to cancel treatment, please submit the following information to your provider *in writing:*

Your Provider's name and address

I, (your name), hereby wish to cancel all future treatment and request a cancellation of my Proceed Finance loan. Please process my


*Now You Can*

The date
Your printed name and address
Next, make two (2) copies of your written request.

Send the Original via mail, fax, or email to your provider.
Send Copy 1 to Proceed Finance through one of the following methods:

Email: refunds@proceedfinance.com
Fax: (866) 475-0051
Mail: Proceed Finance, Attn. Refunds, 425 Fallbrook Boulevard, Lincoln NE 68521.

Keep Copy 2 for your records.

### How do I make payments?

### Who can I call if I have other questions about my loan?

### What happens if I am late on a payment or miss a monthly payment?

### When is my loan funded?

### Can I pay more than my regular monthly payment or pay off my loan early?



*Now You Can*

Careers    Contact Us

**Company Headquarters**

425 Fallbrook Boulevard
Lincoln, NE 68521

**Greenwood Village, CO**

5290 DTC Parkway, Suite 100
Greenwood Village, CO 80111

(844) 272-7587

hello@proceedfinance.com

© 2023 Proceed Finance program loans are provided by a variety of lenders. You can find more information at www.proceedfinance.com/lenders.

Privacy Policy