# **EXHIBIT G**

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Jessica Cox" <██████>
**To:** ██████
**Cc:**
**Sent:** Fri, Oct 27, 2023 at 5:39 PM
**Subject:** Refund Request

Good evening Dawn,

As you have requested, below you will find a breakdown of treatment costs per appointment and calculations for your refund consideration. I do ask for you to please keep in mind, our treatment is not typically broken down in a per appointment cost value as explained to you when you elected to start this protocol and sought out financial assistance for the funding of total costs of $20,000. Treatment costs have been calculated to include services rendered, inventory purchased and used, along with labor costs for your professional medical team.

Protocol 3 Treatment to Left Shoulder, Lower Back, Right Hip & Left Hip = $20,000
Financial Fee's from Merchant = $780.00
Treatment #1 - Plasma = $2774.68
Treatment #2 - A2M = $3756.37
Treatment #3 - BMAC = $7979.98
Treatment #4 - PRP = $2714.29
Treatment #5 - Plasma = $2774.68

Refund Calculations
$20,000 Costs of Treatment - $780 Financial Fees = $19,220
$19,220 Balance for Treatment - $2774.68 Treatment #1 Completion - $3756.37 Treatment #2 Completion = $12,688.95
$12,688.95 Unused Treatment Costs - $3,688.95 Cancellation & Restocking Fees = $9,000 Refund Offer.

We understand your reasoning for electing to cancel your treatment prior to completion of services due to pain you are experiencing in your shoulder. I would like to establish one more time, that these treatments are to resolve previous established pain within the treated joints and with our layered approach, it is not often found that patients notice results until after treatment #3 and will continue improvement through the completion of treatment and up to 6 months thereafter to reach the established end goals. Patients also see the best results when they stay on time for delivery of services as explained during your free consultation with our medical provider and patient care coordinator. If you'd like to restart your treatment in leu of a refund we are willing to reorder inventory and supplies at no additional costs to you and schedule you in to see Christina when you are ready. If you wish to proceed with cancellation of your treatment, please let us know by Friday November 10, 2023, 6:00pm CST the acceptance or denial of this offer.

Take Care,

Jessica Cox
Business Manager
QC Kinetix of Central Illinois