IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAWN M. ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:23-cv-03333 |
| vs. ) | |
| ) | Judge Lawless |
| QC FRANCHISE GROUP LLC, doing ) | Magistrate Judge McNaught |
| business as QC Kinetix; ) | |
| REGENERATIVE HEALTH OF ) | |
| CHAMPAIGN, LLC, doing business as ) | |
| QC Kinetix - Champaign**;** ) | |
| MED-DEN FUNDING, LLC, ) | |
| doing business as Proceed Finance; ) | |
| and SECURITY FIRST BANK; ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL AS TO SECURITY FIRST BANK ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dawn M. Robertson ("Plaintiff") voluntarily dismisses Defendant Security First Bank with prejudice. Plaintiff does not dismiss any of the other Defendants.

                                                                                                                Respectfully submitted,

                                                                                                                */s/Daniel A. Edelman*
                                                                                                                 Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
Email address for service: courtecl@edcombs.com

1

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, certify that on Friday, January 26, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the forgoing document to the following party by U.S. Mail:

    Security First Bank
    1300 Garret Lane
    Lincoln, NE 68512

                                               */s/Daniel A. Edelman*
                                                Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
Email address for service: courtecl@edcombs.com