IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAWN M. ROBERTSON, on behalf of Plaintiff and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:23cv03333 Judge Lawless |
| QC FRANCHISE GROUP LLC, doing business as QC Kinetix; REGENERATIVE HEALTH OF CHAMPAIGN, LLC, doing business as QC Kinetix - Champaign; MED-DEN FUNDING, LLC, doing business as Proceed Finance; and SECURITY FIRST BANK; | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge McNaught |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT WITH MED-DEN FUNDING
AND REQUEST TO STAY DEADLINES**

Plaintiff DAWN M. ROBERTSON and Defendant MED-DEN FUNDING, LLC ("Parties"), submit this notice to inform the Court that they have settled this matter in principle on an individual basis and expect to file a stipulation or notice of dismissal within the next sixty days. They respectfully request that all deadlines with respect to Med-Den Funding, LLC, only, be stayed while the parties document and effectuate the settlement. This settlement and request to stay deadlines applies solely to Defendant MED-DEN FUNDING, LLC, and is not requested as to any other Defendant.

| | |
|---|---|
| */s/ Tara L. Goodwin* | */s/ Jennifer W. Weller* |
| Daniel A. Edelman (ARDC 0712094) | David M. Schultz |
| Tara L. Goodwin (ARDC 6297473) | Jennifer W. Weller |
| Dulijaza (Julie) Clark (ARDC 6273353) | Hinshaw & Culbertson LLP |
| **EDELMAN, COMBS, LATTURNER** | 151 North Franklin St., Suite 2500 |

| | |
|---|---|
| **& GOODWIN, LLC** | Chicago, IL 60606 |
| 20 South Clark Street, Suite 1500 | Telephone: 312-704-3000 |
| Chicago, IL 60603-1824 | Facsimile: 312-704-3001 |
| (312) 739-4200 | dschultz@hinshawlaw.com |
| (312) 419-0379 (FAX) | jweller@hinshawlaw.com |
| Email address for service: | |
| courtecl@edcombs.com | *Attorneys for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

    Tara L. Goodwin certifies that on February 29, 2024, this document was filed via ECF, causing a copy to be sent to all counsel of record.

    */s/ Tara L. Goodwin*
    Tara L. Goodwin