# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DAWN M. ROBERTSON, on behalf of Plaintiff and a class, | |
| Plaintiff, | 3:23-cv-03333 |
| v. | Judge Lawless |
| QC FRANCHISE GROUP LLC, doing business as QC KINETIX; REGENERATIVE HEALTH OF CHAMPAIGN, LLC, doing business as QC KINETIX – CHAMPAIGN, | Magistrate Judge Long |
| Defendants. | |

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL**

NOW COME Plaintiff, Dawn M. Robertson ("Plaintiff"), and Defendants QC Franchise Group and Regenerative Health of Champaign, LLC (together "Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and the dismissal of the claims of the putative class members without prejudice.

Dated: May 27, 2025

Respectfully submitted,

*/s/ Caileen M. Crecco*
Caileen M. Crecco

Daniel A. Edelman
Tara L. Goodwin
Julie Clark
Caileen M. Crecco
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St., Suite 1800
Chicago, IL 60603-1841
(312) 729-4200
(312) 419-0379 (FAX)

Email address for service: courtecl@edcombs.com

*Counsel for Plaintiff*


/s/ *Andrew J. Butcher*
Andrew J. Butcher
Kevin M. Phillips
Megan R. Escobosa
Jared S. Kramer
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200
Fax: 312-422-1224
abutcher@scopelitis.com
kphillips@scopelitis.com
mescobosa@scopelitis.com
jskramer@scopelitis.com

*Counsel for Defendant QC Franchise Group LLC*


/s/ *Daniel J. Cozzi*
Daniel J. Cozzi

Daniel J. Cozzi
**SWANSON MARTIN & BELL, LLP**
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
Office: (312) 321-9100
Fax: (312) 321-0990
dcozzi@smbtrials.com

*Counsel for Defendant Regenerative Health of Champaign, LLC*

## **CERTIFICATE OF SERVICE**

    Caileen M. Crecco certifies that on May 27, 2025, the foregoing document was filed via the court's CM/ECF online system, causing a copy to be sent via email to all counsel of record.

                                        */s/ Caileen M. Crecco*
                                        Caileen M. Crecco